FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
3/21/2023 2:21 PM
JAMIE SMITH
DISTRICT CLERK
23DCCV0080

CAUSE NO._____

| | | |
|---|---|---|
| **Anum Sadruddin Ali**, individually, | § | IN THE DISTRICT COURT OF |
| and as representative of the | § | |
| **Estate of Sarafaz Karowadia,** and as | § | |
| next friend of **A.K.,** a minor | § | |
| **Simi Altaf Kasowadia**, individually | § | |
| and as representative of the | § | |
| **Estate of Altaf Kasowadia**, and as | § | |
| next friend of **Z.K.,** a minor, | § | |
| Kurbanali Karowadia, individually, and | § | |
| Kulsumben Karowadia, individually | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| **H.W. Lochner, Inc.** and **Robert Cagle** | § | |
| | § | |
| *Defendants.* | § | ____JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

Plaintiffs **Anum Sadruddin Ali**, individually, and as representative of the **Estate of Sarafaz Karowadia**, and as next friend of **A.K.,** a minor, **Simi Altaf Kasowadia**, individually and as representative of the **Estate of Altaf Kasowadia**, and as next friend of **Z.K.,** a minor, **Kurbanali Karowadia,** and **Kulsumben Karowadia** (collectively "Plaintiffs") file this Second Amended Petition and complain of and **H.W. Lochner, Inc.** and **Robert Cagle** (collectively "Defendants"), and would respectfully show unto the Court the following:

## I.

## Discovery Level

1.    Plaintiff intends to conduct discovery in this matter under Level 2 of the Texas Rules of Civil Procedure.

Copy from re:SearchTX

## II.

### Jurisdiction and Venue

2.      The claims asserted arise under the common law of Texas.  This Court has personal jurisdiction over the defendants as all or a substantial part of the events giving rise to this cause of action occurred in Jefferson County, Texas and Defendant resides and/or conducts substantial business within the state of Texas and throughout Jefferson County.  This case is not removable to federal court.  There is no diversity jurisdiction and no federal claims alleged.  Any removal would be in bad faith and sanctionable.

3.      Venue is proper here pursuant to Texas Civil Practice and Remedies Code § 15.002(a)(1).

## III.

### Certificate of Merit

4.      Pursuant to Chapter 150.002, Plaintiffs attach to this complaint as Exhibit 1, the Certificate of Merit of Gregg S. Perkin, P.E.

## IV.

### Parties

5.      Plaintiff **Anum Sadruddin Ali** is the surviving spouse of Decedent **Sarafaz Karowadia,** representative of the **Estate of Sarafaz Karowadia,** and next friend and mother of **A.K.,** their minor child.

6.      Plaintiff **Simi Altaf Kasowadia** is the surviving spouse of Decedent **Altaf Kasowadia,** representative of **the Estate of Altaf Kasowadia,** and next friend and mother of **Z.K.,** their minor child.

2

Copy from re:SearchTX

7.      **Altaf Kasowadia** and **Sarafaz Karowadia** shall be referred to herein as "Decedents".

8.      Plaintiffs **Kurbanali Karowadia** and **Kulsumben Karowadia** are the biological parents of Decedents.

9.      All Plaintiffs are residents and citizens of Texas.

10.     Defendant **H.W. Lochner, Inc.** is a foreign corporation. Defendant **H.W. Lochner, Inc.** is an engineering firm with systematic and continuous contacts with Jefferson County, Texas, including but not limited to its conduct giving rise to the incident in question. Defendant **H.W. Lochner, Inc.** may be served with process through its registered agent: **C T Corporation System at 1999 Bryan St., Ste. 900, Dallas, TX, 75201-3136.**

11.     Defendant **Robert Cagle** is a Texas resident and was an employee of Defendant H.W. Lochner, Inc. at the time the incident occurred**.** Defendant **Robert Cagle** may be served with process at his home, **572 Road 5213, Cleveland, Texas 77327**, or wherever he may be found.

**V.**

**Facts**

12.     This lawsuit is necessary because of a tragic crane collapse in Beaumont Texas which occurred on or about April 22, 2021.  On this date, Decedents were traveling westbound on Interstate 10 when a crane that was designed, tested, manufactured, assembled, owned, operated, inspected, and/or maintained by Defendants collapsed into the roadway below striking Decedents' vehicle.

13.     Defendant H.W. Lochner, Inc. is the engineering firm that failed to ensure the construction site where the crane was operating was safe. Defendant H.W. Lochner assigned these duties and responsibilities to its employee Defendant Robert Cagle. As a result, Descendants

Copy from re:SearchTX

sustained what would be fatal injuries and Plaintiffs suffered resulting damages.

## VI.

### Causes of Action

14.    Plaintiffs repeat and re-allege each statement set forth above as if fully incorporated herein.

### A. *Negligence & Negligence per se, Gross Negligence (All Defendants)*

15.    Defendants were negligent, negligent *per se*, and grossly negligent for the following reasons:

a.    Failing to perform work in a good, safe, and workmanlike manner.

b.    Failing to provide sufficient personnel to perform safe operations.

c.    Failing to properly follow protocols and polices, proper safety monitoring and control practices.

d.    Failing to properly train employees.

e.    Failing to exercise due care and caution.

f.    Failing to provide adequate equipment.

g.    Failing to inspect and/or maintain the equipment in question.

h.    Failing to provide adequate and/or reasonably competent supervisory personnel to supervise work activities.

i.    Failing to properly supervise their employees.

j.    Failing to conduct adequate maintenance.

k.    Failing to maintain a safe work environment.

l.    Failing to properly supervise work being performed.

m.    Failing to inspect and/or maintain its equipment.

n.    Failing to use adequate and timely stop work authority.

o.    Failing to implement adequate safety policies and procedures.

Copy from re:SearchTX

p.  Failing to properly erect and/or install the crane and/or its appurtenances, rigging, and/or load.

q.  Failing to properly maintain the crane and/or its appurtenances, rigging, and/or load.

r.  Failing to properly test the crane and/or its appurtenances, rigging, and/or load.

s.  Failing to properly inspect the crane and/or its appurtenances, rigging, and/or load.

t.  Failing to secure the crane and/or its appurtenances, rigging, and/or load

u.  Failing to conform the subject crane and/or its appurtenances, rigging, and/or load to applicable specifications and regulations.

v.  Failing to hire competent employees and/or agents to inspect, maintain, repair, erect, and/or the subject crane and/or its appurtenances, rigging, and/or load.

w.  Failing to warn Plaintiffs of the dangerous conditions posed by Defendants' conduct.

x.  Failing to supervise its employees and/or agents with respect to the crane operations.

y.  Violation of applicable, local, state, and federal laws and/or regulations and/or industry standards and practices.

z.  Vicariously liable for the conduct of its agents and/or employees; and/or

aa. Other acts deemed negligent, negligent per se, and/or grossly negligent.

## VII.

## **Damages**

16.    Plaintiffs repeat and re-allege each statement set forth above as if fully incorporated herein.

Copy from re:SearchTX

17.　　As a result of Defendants' conduct, Decedents sustained severe injuries to their bodies, which resulted in physical pain, mental anguish, discomfort, emotional distress, and other medical problems. Decedents died as a result of their respective injuries.

18.　　Pursuant to Texas Civil Practice and Remedies Code § 71.002, Plaintiffs pleads for pecuniary damages against the Defendants jointly and severally as follows:

    a.　Pecuniary loss sustained in the past, meaning the loss of care, maintenance, support, services, advice, counsel and reasonable contributions of pecuniary value, excluding loss of inheritance, that Plaintiffs in all reasonable probability would have received from Decedents.

    b.　Pecuniary loss that in all reasonable probability Plaintiffs will sustain in the future.

    c.　Loss of companionship and society sustained by Plaintiffs in the past. That is, the loss of the positive benefits flowing from the love, comfort, companionship and society that Plaintiffs in all reasonable probability would have received from Decedents had they lived.

    d.　Loss of companionship and society that in all reasonable probability Plaintiffs will sustain in the future.

    e.　Mental anguish sustained in the past by Plaintiffs in the emotional pain, torment and suffering experienced by Plaintiffs because of the death of Decedents.

    f.　Mental anguish that in all reasonable probability Plaintiffs will sustain in the future.

Copy from re:SearchTX

    g.   Loss of inheritance by Plaintiffs, meaning the loss of the present value of the assets that the deceased, in reasonable probability, would have added to their respective estates and left at natural death to Plaintiffs.

19.    Pursuant to Texas Civil Practice and Remedies Code § 71.009, Plaintiff pleads for exemplary damages because the deaths of Decedents were caused by willful acts or omissions of the Defendants, or alternatively the gross negligence of Defendants' employee(s), agent(s) or representative(s).

20.    As result Plaintiffs have sustained in the past and will continue to sustain in the future:

    a.    Pre-death physical pain and suffering.

    b.    Pre-death mental pain, suffering, emotional distress, and mental anguish.

    c.    Loss of earning capacity, support, and inheritance.

    d.    Loss of fringe benefits.

    e.    Loss of services and support.

    f.    Loss of nurture, guidance, care, and instruction.

    g.    Loss of enjoyment of life.

    h.    Loss of future pecuniary support.

    i.    Loss of society and companionship.

    j.    Emotional distress and mental anguish; and

    k.    All other damages recoverable under the law.

21.    In addition, Plaintiffs are entitled to punitive damages because the actions of Defendants were grossly negligent. Defendants acted with flagrant and malicious disregard of Decedents' and others' health and safety. Defendants were objectively aware of the extreme risk

Copy from re:SearchTX

posed by the conditions which caused Decedents' injuries and death and Plaintiffs' resulting damages but did nothing to rectify them. Defendants' acts and omissions involved an extreme degree of risk considering the probability and magnitude of potential harm to Decedents, Plaintiffs, and others. Defendants had actual, subjective awareness of the risk, and consciously disregarded such risk. Accordingly, Plaintiffs are entitled to and seek exemplary damages.

22.     Plaintiffs have been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues. Pursuant to Rule 47, Plaintiffs seek monetary relief within the jurisdictional limits of this Court and over $1,000,000.00.

## VIII.

### **Jury Demand**

23.     Plaintiffs hereby demand a trial by jury.

## IV.

### **Prayer**

Plaintiffs pray that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon trial, Plaintiffs have judgment against Defendants in a total sum in excess of the minimum jurisdictional limits of this Court, plus prejudgment interest and post judgment, for all costs of Court, attorneys' fees, exemplary damages, and all such other and further relief, both at law and equity to which Plaintiffs may be justly entitled.

Copy from re:SearchTX

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*
Jason A. Itkin
Texas State Bar No. 24032461
Noah M. Wexler
Texas State Bar No. 24060816
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
jaiteam@arnolditkin.com
jitkin@arnolditkin.com
nwexler@arnolditkin.com

-and –

*/s/ Glen W. Morgan*
Glen W. Morgan
GLEN W. MORGAN
REAUD, MORGAN & QUINN, L.L.P.
P.O. BOX 26005
BEAUMONT, TX 77720
(409) 838-1000 OFFICE
(409) 833-8236 FAX
(409) 880-0132 CELL
gmorgan@rmqlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on March 13th, 2023, a copy of the foregoing was served upon all counsel of record in compliance with the Texas Rules of Civil Procedure.

*/s/ Jason A. Itkin*
Jason A. Itkin

9

Copy from re:SearchTX

# EXHIBIT 1

Copy from re:SearchTX

CAUSE NO. D-207572

| | | |
|---|---|---|
| Anum Sadruddin Ali, Individually and as Representative of the Estate of Sarafaz Karowadia and as next friend of A.K, a minor, Simi Altaf Kasowadia, Individually and as representative of the Estate of Altaf Kasowadia, and as next friend of Z.J., a minor, Kurbanali Karowadia, individually, and Kulsumben Karowadia, Individually | § § § § § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § | |
| vs. | § | JEFFERSON COUNTY, TEXAS |
| Johnson Bros. Corporation, a Southland Company, Southland Holdings, LLC, Southland Contracting, Inc., Oscar Renda Contracting, Inc., Heritage Materials, LLC, Hemphill WBE Pile Driving Co., Terex Corporation and Terex USA, LLC | § § § § § § § § § | |
| *Defendants.* | § | 136th JUDICIAL DISTRICT COURT |

## <u>CERTIFICATE OF MERIT OF GREGG S. PERKIN, PE</u>

BEFORE ME, the undersigned authority, on this day personally appeared Gregg S. Perkin, PE, who being by me duly sworn on oath deposed and said:

1. My name is Gregg S. Perkin.  I am over the age of twenty-one (21) years, I have never been convicted of a felony, and I am competent to make this **Certificate of Merit** ("**COM**").  I have personal knowledge of and have been provided with certain factual documentation regarding this **Affidavit**, and I know that they are all true and correct.

2. This **COM** is submitted pursuant to the requirements of the **TEXAS CIVIL PRACTICES AND REMEDIES CODE § 150.002**, to the extent it is applicable to this action, with respect to the engineering services provided by HW Lochner ("Lochner") regarding the Crane collapse that occurred during the work on Project 1024 to widen I-10.  The catastrophic Crane collapse resulted in the tragic deaths of two (2) individuals, Mr. Safaraz Karowadia and Mr. Altaf Kasowada who were traveling westbound in a pickup truck on Interstate 10 ("I-10") when the Crane collapsed and struck their pickup truck.

Copy from re:SearchTX

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; February 6, 2023

3. I am the Owner, President and one (1) of the Principal Engineers of Engineering Partners International, L.L.C. ("EPI"). EPI is an independent consulting engineering firm. EPI's Corporate Offices are located at 1310 Kingwood Drive, Kingwood, Texas, 77339: Telephone (281) 358-2126. EPI has been in existence since 1995 and is in good standing with the State of Texas.

4. I graduated in 1973 from California State University at Long Beach with a Bachelor of Science in Mechanical Engineering. In 1978, I became a registered Professional Engineer in the discipline of Mechanical Engineering by examination.

5. From 1968 through 1986, I was employed in the Oilfield Service Industry by Regan Forge and Engineering, Smith International, Incorporated, Newpark Resources and The Oilpatch Group as a Draftsman, Design Engineer, Engineering Manager, Manager of Field Engineering, Chief Engineer, Vice President of Engineering and Director of Manufacturing. Also, while employed in industry, I worked as an Oilfield Roughneck or Floorman, Derrickman, Serviceman and Field Engineer in both Offshore and Onshore Energy related Drilling and Completion Operations.

6. I am presently an Inventor and Co-Inventor of thirteen (13) United States Patents.

7. In mid-1986, I began my work as an independent professional mechanical engineering consultant. Since 1995, I have been employed by EPI as its CEO, its President and EPI's Responsible Professional Engineer in the State of Texas. I have been and am routinely engaged in the areas of Domestic and International Onshore and Offshore Energy related Operations to include the design, use and application of much of the equipment and systems used.

8. From 1996 through 2010, I was a part time Instructor at the University of Texas' Petroleum Extension Service ("PETEX"). I developed and conducted classes in Oil & Gas Drilling & Production Operations, Mechanical Engineering, Drilling Rig Safety, Well Control, Directional Drilling and Well Servicing Operations. Between 2004 and 2010, I served on PETEX's Advisory Board.

9. In January of 2011, I became one (1) of the Principal Owners and one (1) of the Instructors at Energy Training Solutions, L.L.C. ("ETS") where I continue to teach improved and updated Energy related courses.

10. I have served as a Lecturer and Instructor for FMC Corporation, Baker-Hughes, Incorporated and National Oilwell Varco. I have authored and co-authored Energy related Technical Papers and Articles for the International Association of Drilling Contractors ("IADC"), the Society of Petroleum Engineers ("SPE") and PetroSafe.

2

Copy from re:SearchTX

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; February 6, 2023

11. As one (1) of EPI's Principal Engineers, I have often been independently retained to conduct product design analysis, design equipment, failure analysis, review claim elements of intellectual property and provide other independent engineering consulting services related to mechanical equipment and systems.

12. I have also been independently retained regarding the design, construction, and operation of Cranes.

13. I am presently affiliated with and have memberships in the following professional organizations:  American Petroleum Institute ("API"), Society of Petroleum Engineers ("SPE"), International Association of Drilling Contractors ("IADC"), American Society of Mechanical Engineers ("ASME"), National & Texas Societies of Professional Engineers ("NSPE & TSPE"), National Fire Protection Association ("NFPA"), Instrument Society of America ("ISA") and the American Welding Society ("AWS").

14. I am presently registered as a Professional Engineer in the field of Mechanical Engineering in good standing by examination, experience and/or comity in thirteen (13) states: Texas, California, Hawaii, North Carolina, Oklahoma, Wyoming, New Mexico, Arkansas, Alabama, Montana, Mississippi, Colorado, and Louisiana.   My Professional Engineer license number in the State of Texas is 51881.

15. I am actively engaged in the practice of engineering in Texas.

16. I have been personally responsible for several construction related projects as both an industry employee and a business owner.  While employed in industry in the early 1980s, I assisted in supervising the construction of a manufacturing plant and rental tool facility for the LOR Division of Newpark Resources located in Lafayette, Louisiana.  As a business owner, I am the General Partner for Texan Properties, LP which presently owns two (2) large commercial buildings including offices, testing, and training facilities and a laboratory.   In this regard, I was responsible for the procurement of the properties including the design and construction of the ~18,000 square foot facilities located on ~4 acres in Spring, Texas.

17. Based upon my research, including my knowledge, skill, professional experiences, education, training, and practice, I have personal knowledge of the acceptable standards for the practice of providing design engineering services in the State of Texas such as those performed by H.W. Lochnar. My Curriculum Vitae is attached to this **COM** as **Appendix 1**.

18. I have reviewed the **Documents** provided in this matter.  A list of the **Project Documents** reviewed is attached as **Appendix 2**.

3

Copy from re:SearchTX

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; February 6, 2023

19. On or around July 27th, 2018, Texas Department of Transportation ("TXDOT") awarded the contract for an **I-10 Improvement Project** to Johnson Bros. Corporation ("JBC").[1]  JBC was to act as the General Contractor for the Project and have overall responsibility for safety on its project site.

20. JBC also shared responsibilities for safety with its subcontractors.  Hemphill Pile Driving Company Inc. ("Hemphill") was contracted to perform Pile Driving Operations for Project 1024.  Hemphill provided an American 5300 Crawler Crane with 100 feet of Boom, Leads, and a Diesel Hammer, as well as other equipment, a Crane Operator, and additional personnel.

21. Hemphill's **Scope of Work** ("**SOW**") included the installation of 24-inch square concrete piles ("Piles") that were approximately 30 feet ("ft.") to 35 ft. long. The Piles were to be driven into the ground to the finish grade.  The Piles ran parallel to I-10, with the closest Pile approximately 5-6 feet behind a Barrier Wall.

22. At approximately 4:30 PM CDT on the afternoon of April 22, 2021, this Crane was attempting to drive the Pile in a configuration that was not perpendicular to the grade.  This is known as a Battered Configuration.  Refer to Figure 1.

---

[1] JBC_004095

4

Copy from re:SearchTX

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; February 6, 2023



**Figure 1:  Photo of Crane and Piles along the Barrier wall taken from a video which was recorded approximately 6 minutes prior to the incident.  *Note: Notations in Red provided by the Affiant for Identification.***

23. When the Crane Operator attempted to remove the Hammer Cap, it was wedged, jammed and/or lodged onto the Pile and would not come free.  The Crane Operator began lifting the Hammer Cap. During the process, the Crane was subjected to a Side Load and its Boom collapsed.  The Boom Tip section landed on the Barrier Wall and struck the decedents' Pickup Truck.  Refer to Figure 2.

5

Copy from re:SearchTX

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; February 6, 2023



**Figure 2:  Photo taken after the Boom Tip struck the Pickup Truck.**
*Note: Notations in Red provided by the Affiant for Identification.*

24. At approximately 4:30 PM CDT, Mr. Robert Cagle with HW Lochner ("Lochner") called Mr. Heath Thompson of JBC advising that this accident occurred.[2]

25. Lochner was contracted to perform Construction Engineering Inspection (CEI) Services for the Project.  For example, the Work to be performed by the Engineer shall consist of managing construction of specific operations and provide Engineer Led Inspection Teams (ELIT) to perform various CEI Services and ensure the job was done within the standards, specifications, and on time[3]. The contract stated that "*All services provided by the Engineer will conform to standard engineering practices and applicable rules and regulations of the Texas Engineering Practices Act and the rules of the Texas Board of Professional Engineers.*" This would include adherence to federal, state and local safety regulations. Among other things, the contract called for Lochner to: [4]

---

[2] LeBlanc Exhibit 1, JBC 000530; JBC 000526-000627; JBC 000528-000529
[3] HW Lochner0000001
[4] HW Lochner000022

6

Copy from re:SearchTX

- *"Monitor the project for public safety…"*
- *"Monitor contractor operations for safety and shut down unsafe operations as discussed in the safety preconstruction meeting…."*
- *Monitor contractor's and subcontractors' compliance with applicable laws. And:*
- *Verify that contractor has acquired all required permits, training, and licenses."*

26. *"Lochner shall provide services including identification and recommendation of corrections of plan errors and omissions, substitutions, defects, and deficiencies in the work of the contractor, its subcontractors, its vendors and its consultants…"* [5]

27. *"The Engineer shall inspect work incorporated into the project.. The Engineer shall: Verify that the project is built according to the plans and specifications, and all contract documents…Verify the accuracy of the work…Verify all the specifications and special provision requirements are met for inspected items of work such as materials, construction…"* Additionally, *"The Engineer shall verify whether drilled shaft or pile installations have been properly performed."* [6]

28. Lochner was also required to attend Safety Meetings and issue **Daily Work Reports** ("**DWR**") including any safety concerns.[7]

29. Lochner Inspectors were on site at the time leading up to the incident. The Inspector was present and had the opportunity to see that the Pile being driven was at an angle, in a battered position, which was not in accordance with the Project's **Plans**.

30. The testimony stated that the Lochner Inspector was watching the Crane Operations being performed at the time the Crane was trying to remove the Hammer Cap just minutes before its Boom collapsed. Mr. Hemphill testified that he told the Inspector that *"…he didn't know what to do, that they had done everything they could, and he [the inspector] just left."* [8]

31. Lochner and its Field Engineer Inspectors failed to use the Industry's Standard of Care in conducting what a reasonable, competent, and responsible person would have done when it failed to **STOP WORK** when the Pile was being driven in an angled position. If there was an issue with the orientation of the pile such that it was within tolerances in the **Project Plans** and/or its **Specifications**, the Inspector should **STOP WORK** and reassess such that a solution could be determined.

---

[5] HW Lochner000025
[6] HW Lochner000039
[7] HW Lochner000024; HW Lochner000041
[8] Deposition Testimony of Joe Hemphill, 164:23-166:03)

7

Copy from re:SearchTX

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; February 6, 2023

32. Though the battered Pile would be considered to be a quality issue, it was also a safety hazard.  The Pile was driven at a significant angle which was a change in the conditions of the Work and not in accordance with the **Project Plans** and/or its **Specifications**.  Additionally, the Lochner Inspector knew there was an issue with the removal of the Cap.  Side-loading of the Crane's Boom would occur and absent executing **STOP WORK Authority** ("**SWA**") this work continued, the Crane's Boom failed and fell onto the decedents' Pickup Truck.

33. **SWA** should be initiated for conditions or behaviors that threaten danger or imminent danger to persons, equipment, or the environment. A modification or alteration that deviates from the normal job task can cause unsafe work conditions and pose additional hazards. When the Lochner Inspector was informed of the abnormal condition of the Pile, including the inability to remove the Hammer Cap, he therefore should have used his **SWA** obligation and ceased these Pile-Driving Operations.

34. One of JBC's Crew recorded and sent a Video showing the Pile being driven in a Battered configuration because he noticed that "*…something was out of the ordinary.*" The on-site Lochner Inspector watching the same Pile Driving Operation would have also perceived conditions existed which posed an imminent danger to the equipment or persons in and around the work being done.

35. The incident Pile was the final Pile being driven that day.  If the obligation to use **SWA** had been initiated, there would have been time to plan a safer course of action before work commenced the next day.  Had the Lochner Inspector done so, it is more likely than not, this incident would not have occurred.

36. Lochner's onsite inspection team failed to provide appropriate general oversight, including that of safety, for the Project.   Lochner failed to meet the standard of care required and expected of the Construction Engineering Inspection personnel. This failure contributed to the Accident.

8

Copy from re:SearchTX

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; March 13, 2023

Further Affiant sayeth naught.

 

Gregg S. Perkin, PE
President and Principal Mechanical Engineer
**Engineering Partners International, LLC**
Texas License No. 51881
Texas Registered Engineering Firm F8373

SUBSCRIBED AND SWORN TO before me by the said Affiant, on this 13th day of March 2023 to certify which witness my hand and seal of office.

CATHLEEN SIDRA SANDERS
My Notary ID # 133662805
Expires March 23, 2026

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires:

March 23, 2026

9

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; February 6, 2023

# Appendix 1

Copy from re:SearchTX

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; February 6, 2023

| DCN | DOCUMENT DESCRIPTION |
|-----|----------------------|
| 1 | 2022.04.04 Plaintiffs Second Amended Petition (FS); |
| 2 | 2022.04.21 Defendant H.W. Lochner Inc.s Original Answer (FS); |
| 3 | 2022.05.09 Defendant Mitchell Crane Rental Inc.s Original Answer (FS) |
| 4 | 2022.06.24 Defendants Terex Corporation and Terex USA LLCs First Amended Answer (FS) |
| 5 | 2022.06.24 Defendants Terex Corporation and Terex USA LLCs First Amended Answer |
| 6 | 2022.10.12 Defendant H.W. Lochner Inc.s Special Exceptions First Amended Answer Affirmative Defenses with Jury Demand (FS) |
| 7 | Defendants Johnson Bros. et al Original Answser-6.15.21 |
| 8 | File Stamped Defendant Hemphill WBE Pile Driving Co Inc.s Original Answer to Plaintiffs First Amended Petition 06.10.21 |
| 9 | File Stamped Defendants Terex Corporation and Terex USA LLCs Original Answer 06.03.21 |
| 10 | 2021.10.19 Hemphill WBE Initial Disclosures |
| 11 | 2021.10.25 Johnson Bros et al Initial Disclosures |
| 12 | 2021.11.15 Hemphill WBE Resp to Plt 1st ROGS RFP RFA |
| 13 | 2021.12.30 Defendant Hemphill WBE Pile Driving Co. Inc.'s Answer to Defendant Terex USA LLCs Interrogatory |
| 14 | 2021.12.30 Hemphill WBE Resp to Terex USA RFP |
| 15 | 2021.12.30 Hemphill WBE Resp to Terex USA Rogs |
| 16 | 2022.05.23 Defendant H.W. Lochner Inc.'s Initial Disclosures |
| 17 | 2022.06.07 Defendant Mitchell Crane Rental Inc.'s Initial Disclosures |
| 18 | 2022.07.06 Defendant H. W. Lochner Inc.'s Objections and Answers to Plaintiffs First Request for Admission |
| 19 | 2022.07.06 Defendant H. W. Lochner Inc.'s Objections and Answers to Plaintiffs First Request for Production |
| 20 | 2022.07.06 Defendant H. W. Lochner Inc.'s Objections and Answers to Plaintiffs First Set of Interrogatories |
| 21 | 2022.07.06 Defendant Mitchell Crane Rental Inc.'s Objections and Answers to Plaintiffs First Set of Interrogatories |
| 22 | 2022.07.06 Defendant Mitchell Crane Rental Inc.'s Objections and Responses to Plaintiffs Request for Admission |
| 23 | 2022.07.06 Defendant Mitchell Crane Rental Inc.'s Objections and Responses to Plaintiffs Request for Production |
| 24 | 2022.10.25 Defendant H.W. Lochner Inc.'s Supplemental Response to Requests for Disclosures |
| 25 | 2022.11.30 Defendant H.W. Lochner Inc.'s Second Supplemental Response to Req for Disclosures |
| 26 | 2022.12.19 Def H.W. Lochner Inc.'s Third Supplemental Response to All Pltfs Requests for Disclosure and Expert Witness Designations |
| 27 | Defendant Terex USA LLCS Responses to Plaintiffs First Set of Interrogatories Request for Production Request for Admissions and Request for Disclosures 11.11.21 |
| 28 | Defendant Terex USA LLCS Responses to Plaintiffs First Set of Interrogatories Request for Production Request for Admissions |

11

Copy from re:SearchTX

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; February 6, 2023

| DCN | DOCUMENT DESCRIPTION |
|-----|----------------------|
| 29 | Defendants Johnson Bros etc Answers to Plaintiffs Interrogatories 11.15.21 |
| 30 | Defendants Johnson Bros etc Response to Plaintiffs Request for Production 11.15.21 |
| 31 | Deposition Testimony of Lorenzo Ellis with Exhibits; |
| 32 | Deposition Testimony of Joe Hemphill with Exhibits; |
| 33 | Deposition Testimony of Kulsumbe arowadia |
| 34 | Deposition Testimony of Kurbanali Karawadia |
| 35 | Deposition Testimony of Simi Altaf Kaswadia |
| 36 | Deposition Testimony of Paul LeBlanc with Exhibits |
| 37 | Deposition Testimony of Nicholas Scott with Exhibits |
| 38 | Deposition Testimony of Heath Thompson with Exhibits |
| 39 | Deposition Testimony of Stephanie Wood with Exhibits |
| 40 | HW Lochner Produced Documents:  HW LOCHNER000001-002139 |

12

Copy from re:SearchTX

**Certificate of Merit Affidavit of Gregg S. Perkin, PE**
Engineering Partners International, LLC ("EPI")
EPI File No. 230109; February 6, 2023

# Appendix 2

10

**Gregg S. Perkin, PE**
President & Principal Engineer
EngineeringPartners@msn.com



*Engineering Partners
International, LLC*

**PROFESSIONAL SUMMARY:**

- Mechanical Engineer with over fifty-five (55) years of domestic and international experience in mechanical equipment and mechanical systems including their design, manufacture, assembly, evaluation, use, maintenance, repair, and testing.
- Registered Professional Engineer by examination & comity in thirteen (13) States, California, Hawaii, Texas, North Carolina, Oklahoma, Wyoming, Montana, New Mexico, Arkansas, Alabama, Mississippi, Colorado, and Louisiana.
- Expert witness in litigation and insurance related matters; over thirty-five (35) years' experience in giving legal testimony as a Professional Engineer relative to mechanical engineering and mechanical equipment design, safety systems, occupational safety & health, valves, atmospheric tanks & pressure vessels, power transmission, tools, machinery, forklifts, front-end loaders & lifting equipment, railways, railway incidents, railcars and their coupling systems, cranes, hoisting systems, lifting devices, rigging, conveyor systems, pipelines & pipeline safety, oil & gas drilling equipment, production and refining systems, natural gas and liquid propane storage, distribution and transportation.
- Experienced in various mechanical fields relative to conducting product liability, personal injury, and accident reconstruction analysis.
- Author of technical manuals, computer programs and industry related papers.
- Safety expertise relating to industrial facilities, manufacturing, construction & production operations worldwide.
- Completed thirty-two (32) hour Certified Safety Professional ("CSP") Review Course.
- Inventor & co-inventor; presently hold fourteen (14) US Patents pertaining to mechanical equipment and systems.
- Instructor; Energy Training Solution & formerly at the University of Texas at Austin; Petroleum Extension Service ("PETEX"). Drilling & Production, Well Deepening Operations, Directional Drilling & Sidetracking, Pipeline Materials of Construction and Offshore Catastrophes; Lessons Learned, Engineering Fundamentals, Oil & Gas Safety.

**PROFESSIONAL EXPERIENCE:**

**1995 to Present:**

**Engineering Partners International**
**President & Principal Engineer**
Merged previous employer PVA, Inc. into EPI. Conduct product liability, personal injury and accident reconstruction investigations and analysis relative to mechanical system design and operation. Expert in the design, use and evaluation of machines & mechanisms, tools & equipment to include vessels, tanks, cranes, hoisting systems, lifts, railway incidents and railcar couplers, threads & threading systems, conveyors, rotating & dynamic machinery. Expertise relative to matters involving energy, transportation & distribution systems, including their evaluation, distribution, usage, and installation.

1994 to 1995:

PVA, Incorporated.
Kingwood, (Houston), Texas
Principal Engineer
Development and evaluation of the design, use and application of mechanical engineering systems relative to offshore and onshore drilling, to include production and refining operations and other mechanical systems including tools & equipment, atmospheric tanks and pressure vessels and rotating & dynamic machinery. Experience and expertise relative to matters involving energy, natural gas and liquid propane (LP), transportation/distribution systems and the evaluation, use and installation of associated products and services. Expert in the use of finite element analysis for complex stress analysis problems (both elastic and plastic), heat transfer, dynamics, and vibrations.

**EPI (Corporate):**

1310 Kingwood Drive
Suite 100 or P.O. Box 5598
Kingwood, TX 77339 & 77325
(281) 358-2126 (main)
(832) 644-4410 (direct)
(281) 851-7591 (cellular)
(800) 821-2284 (toll free)
(281) 358-6135 (facsimile)
(800) 625-7857 (facsimile)

**EPI Forensics, LLC**

1310 Kingwood Drive
Suite 110 or P.O. Box 5598
Kingwood, TX 77339
(281) 358-2126 (main)
(281) 851-7592 (cellular)

**Energy Training Solutions, LLC ("ETS"):**

1310 Kingwood Drive
Kingwood, TX 77339
(281) 783-5265 (main)
(281 798-1314 (cellular)
(281) 360-3874(facsimile)

**ETHOS Engineering & Testing, LLC**

1271 Rayford Bend
Spring, TX 77386
(281) 363-9997 (main)

**Also Serving:**

**Gulf Coast & Mid-Western States:**
Texas, Louisiana, Mississippi
Alabama, Oklahoma & Arkansas

**Mountain States:**
Wyoming, Colorado, Utah, New
Mexico & Montana

**West Coast States:**
California, Oregon, Washington
& Alaska.

**Pacific Ocean:**
Hawaiian Islands, Micronesia,
South Pacific & Australia.

*Consulting Engineering & Forensic Services*

*Licensed Professional & Consulting Engineering • Accident Reconstruction • Computer Modeling & Graphics
Failure Analysis • Safety & Compliance • Metallurgical Testing • Insurance & Litigation Support*

Copy from re:SearchTX

Curriculum Vitae of Gregg S. Perkin, PE
Engineering Partners International, LLC (EPI)
January 11, 2023

| | |
|---|---|
| 1987 to 1994 | CH&A Corporation<br>Kingwood (Houston), Texas<br><u>Senior Consulting Engineer</u>, <u>Principal Engineer</u><br>Same as Engineering Partners International, Inc. and PVA, Incorporated. Consultant to PEMEX (Petroleous Mexicanos) in 1993 relative to offshore safety systems. Co-author of three (3) technical papers published by the Society of Petroleum Engineers. |
| 1986 to 1987 | Cougar Tool, Incorporated, Division of Oil Patch Group<br>Houston, Texas and Edmonton, Alberta, Canada<br><u>Engineering Manager</u><br>Guided the development of new and improved products in downhole drilling equipment used on a worldwide basis. Also, guided the development of downhole drilling tool projects including directional and straight hole drilling systems. |
| 1985 to 1986 | Lone Star Grinding, Incorporated<br>Houston, Texas<br><u>Vice President of Engineering</u><br>Responsible for the design of very accurate hardened and ground working and master thread gages conforming to the specifications of the American Petroleum Institute (API) and the American Society of Mechanical Engineers (ASME) specifications. Also, responsible for the creation of new gauging systems and quantifying them for the National Bureau of Standards. Past chairman of American Petroleum Institute (API) work groups relative to Non-Magnetic Drill Collars in Directional Drilling and Rotary Shouldered Connections. |
| 1980 to 1985 | LOR, Incorporated<br>Houston, Texas<br><u>Chief Engineer</u>, <u>Director of Manufacturing</u>.<br>Responsible for overseeing the engineering, quality control and manufacturing departments. Personally designed, developed, field tested and supervised the development of numerous mechanical devices for oilfield purposes; some of which were patented. Author of LOR's <u>Practical Product Guide</u> and <u>Functional Downhole Drilling Series</u>. Directly responsible for plant safety and the installation of a fully operational metallurgical laboratory. |
| 1969 to 1980 | Servco, Division of Smith International, Incorporated<br>Los Angeles, California and Houston, Texas<br><u>Draftsman</u>, <u>Engineer Trainee</u>, <u>Design Engineer</u>, <u>Engineering Manager</u>.<br>Personally designed, developed, field tested and supervised the development of numerous mechanical devices for oilfield purposes; some of which were patented. Worked as an Oilfield Roughneck, Derrickman and Serviceman both offshore and onshore during a training period after having graduated from college. Co-author of Servco's <u>Handbook of Downhole Drilling & Completion Systems</u>. Designed a series of products relative to enhanced recovery (EOR) in the areas of reverse circulation drilling and production. |
| 1968 to 1969 | Regan Forge & Engineering<br>San Pedro, California<br><u>Draftsman</u>, <u>Engineer Trainee</u><br>Responsibilities included working in the product design group relative to the design, use and application of offshore and onshore blow out prevention equipment, to include subsea production equipment. Attended Cal State University at Long Beach as a full-time engineering student. |

**EDUCATION:**

- Bachelor of Science in Mechanical Engineering from California State University at Long Beach, (1973).
- Attended graduate courses in Business Administration after graduation.
- Petroleum Extension Service (PETEX), University of Texas at Austin.
- Paul Munroe School of Hydraulic Equipment.
- American Management Association; Engineering Management & Fundamentals of Management.
- Algor™; Finite Element Analysis techniques pertaining to linear and non-linear materials and mechanical event simulation.

Copy from re:SearchTX

Curriculum Vitae of Gregg S. Perkin, PE
Engineering Partners International, LLC (EPI)
January 11, 2023

**REGISTRATIONS:**

Registered as a Professional Engineer in the discipline of Mechanical Engineering by examination and comity in California, Hawaii, Texas, North Carolina, Oklahoma, Wyoming, Montana, New Mexico, Arkansas, Alabama, Mississippi, Colorado and Louisiana

**AFFILIATIONS & MEMBERSHIPS:**

- American Petroleum Institute (API)
- Society of Petroleum Engineers (SPE)
- International Association of Drilling Contractors (IADC)
- American Society of Mechanical Engineers (ASME)
- National & Texas Societies of Professional Engineers (NSPE, TSPE).
- National Fire Protection Association (NFPA)
- Instrument Society of America (ISA)
- American Welding Society (AWS)
- Association of Energy Servicing Companies (AESC)
- American Society of Civil Engineers (ASCE)

3

Copy from re:SearchTX

**PAPERS, BOOKS AND PATENTS AUTHORED, CO-AUTHORED AND/OR CO-INVENTED
BY GREGG S. PERKIN, P.E.**

| Document Type | Title | Year | Co-Author/ Co-Inventor | Organization/Document No. | Location: |
|---|---|---|---|---|---|
| Patent | Well Jar Having a Time Delay Section | 1977 | | United States Patent No. 4023630 | Washington DC |
| Paper | Reverse Circulation Underreaming Utilizing Air | 1979 | | Society of Petroleum Engineers (SPE) Paper 7970 | Bakersfield, CA |
| Patent | Underreamer with Large Cutter Elements & Axial Fluid Passage | 1981 | | United States Patent No. 4282941 | Washington DC |
| Book | LOR Practical Product Guide | 1982 | | Newpark Resources-Company Published Handbook relative to design, use and application of equipment. | New Orleans |
| Patent | Borehole Operating Tool with Fluid Circulation Through Arms | 1986 | | United States Patent No. 4565252 | Washington DC |
| Patent | Heavy Wall Drill Pipe & Method of Manufacture of Heavy Wall Drill Pipe | 1987 | | United States Patent No. 4674171 | Washington DC |
| Patent | Method for Assembling a Well Drilling Tool | 1987 | | United States Patent No. 4709462 | Washington DC |
| Patent | Method & Apparatus for Well Drilling | 1988 | | United States Patent No. 4792000 | Washington DC |
| Patent | Stabilization Tool For Well Drilling | 1988 | | United States Patent No. 4776410 | Washington DC |
| Patent | Heavy Wall Drill Pipe & Method of Manufacture of Heavy Wall Drill Pipe | 1988 | | United States Patent No. 4771811 | Washington DC |
| Patent | Reaming Apparatus for Well Drilling | 1988 | | United States Patent No. 4765417 | Washington DC |
| Patent | Oilfield Equipment Identification Apparatus | 1992 | Larry Denny | United States Patent No. 5142128 | Washington DC |
| Patent | Oilfield Equipment Identification Apparatus | 1994 | Larry Denny | United States Patent No. 5360967 | Washington DC |
| Paper | Electronic Identification & Computer Aided Inspection Records; Elements of a Comprehensive Quality Program | 1993 | Frede Maxwell | Petro-Safe Conference | Houston, TX |
| Paper | Electronic Identification of Drill Stem and other Components Used in Harsh Environments Proves Successful | 1993 | Jeff Shepard | International Association of Drilling Contractors, Society of Petroleum Engineers, (IADC/SPE) Paper 27534 | Amsterdam, Holland |
| Paper | Well Control Safety Concerns:  Validating Used Equipment Competency | 2005 | Neal Adams, P.E. | International Association of Drilling Contractors (IADC) Well Control Conference | Singapore |
| Article | Substitute Parts Can Be Fatal | 2005 | Neal Adams, P.E. | Pipeline; Volume 107, December, 205 | Worldwide |
| Paper | Offshore Catastrophes; Lessons Learned | 2006 | | International Association of Drilling Contractors (IADC) Health, Safety & Environment Conference | Amsterdam, Holland |
| Paper | Stabbing Board/Derrick (Monkey) Board Incidents:  Risk Identification & Hazard Mitigation | 2006 | Neal Adams, P.E. | International Association of Drilling Contractors (IADC) Health, Safety & Environment Conference | Amsterdam, Holland |
| Paper | Case Study: A Preventable Shallow Gas Blowout | 2006 | Neal Adams, P.E. | International Association of Drilling Contractors (IADC) Well Control Conference | Abu Dhabi, UAE |
| Paper | Case Study: A Preventable Shallow Gas Blowout | 2007 | Neal Adams, P.E. | International Association of Drilling Contractors (IADC) Well Control Conference | Houston, TX |
| Article | Case Study:  Critical Well Data go Unanalyzed, Leading to Fatal Shallow Gas Blowout | 2007 | Neal Adams, P.E. | Drilling Contractor; Vol 63, No. 4, July/August 2007, Published by the International Association of Drilling Contractors (IADC) | Worldwide |

**PAPERS, BOOKS AND PATENTS AUTHORED, CO-AUTHORED AND/OR CO-INVENTED
BY GREGG S. PERKIN, P.E.**

| | | | | | |
|---|---|---|---|---|---|
| Book | **Fundamentals of Petroleum; 5th Edition, Oilfield Metallurgy** | 2010 | John Hadjioannou, P.E., Adam Cook, E.I.T | The University of Texas, Petroleum Extension Srvice ("PETEX") | Worldwide |
| Patent | **Apparatus for Cuting an Internal Bore** | 2011 | John Hadjioannou, Keven O'Connor | United States Patent No. 7887271 B2 | Washington DC |
| Article | **Mitigating Casing Failure Problems** | 2014 | Donald D. Jackson and Wolf A. McGavran, Haynes and Boone LLP; John Hadjioannou, EPI Materials Testing Group | Exploration & Production (E&P); a publication of Hart Energy | Worldwide |
| Patent | **Flowmeter Having An Interchangeable Elongate Member Attached To The Inner Surface Of A Pipe Section Having A Radius Of Curvature** | 2016 | John Hadjioannou, P.E., Mike Baugh | United States Patent No. 9,377,334 | Washington DC |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Leticia Saavedra on behalf of Jason Itkin
Bar No. 24032461
lsaavedra@arnolditkin.com
Envelope ID: 73863454
Filing Code Description: Petition
Filing Description: ORIGINAL PETITION
Status as of 3/21/2023 3:20 PM CST

Associated Case Party: AnumSadruddinAli, et al

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Itkin | | e-service@arnolditkin.com | 3/21/2023 2:21:50 PM | SENT |
| Noah M.Wexler | | noahteam@arnolditkin.com | 3/21/2023 2:21:50 PM | SENT |

Copy from re:SearchTX